FILED
 2008 Nov-25  PM 01:09
 U.S. DISTRICT COURT
    N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
<u>WESTERN DIVISION</u>

| | |
|---|---|
| JOHN HENRY HOLSEY, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 7:06-cv-2317-WMA-PWG |
| | ) |
| CHERYL PRICE, Warden; | ) |
| ATTORNEY GENERAL FOR | ) |
| THE STATE OF ALABAMA, | ) |
| | ) |
| Respondents. | ) |

<u>MEMORANDUM OF OPINION</u>

The magistrate judge filed findings and recommendation on September 19, 2008, recommending that John Henry Holsey's petition for writ of habeas corpus be denied. On October 6, 2008 petitioner's motion for extension of time to file objections was granted until November 18, 2008. On November 18, 2008 petitioner filed what he has styled "Motion of Objections Traverse to Answer Magistrate Judge's Finding and Recommendations Evidentiary-Hearing Requested". The court realizes, as the magistrate judge clearly did, that a *pro se* petitioner must be cut considerable slack, but neither the past nor the present ramblings of this petitioner, construed in his favor, form any basis for the relief he seeks.

The court has reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation and the objections filed by the petitioner. The court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and his recommendation is ACCEPTED. Accordingly, petitioner's objections are due to be overruled, and

the petition for writ of habeas corpus is due to be DENIED. A final judgment will be entered accordingly.

As to the foregoing it is SO ORDERED this the 25th day of November, 2008.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE